## GALLOWAY v. STATE.
### No. 17483.

Court of Criminal Appeals of Texas.
April 10, 1935.

Oliver W. Johnson, of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for theft as bailee of property under the value of $50.

The record contains neither statement of facts nor bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.